The Honorable Ronald B. Leighton

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>DONALD TRUMP, in his official capacity as President of the United States of America; ERIC D. HARGAN, in his official capacity as Acting Secretary of Health and Human Services; U.S DEPARTMENT OF HEALTH AND HUMAN SERVICES; STEVEN T. MNUCHIN, in his official capacity as Secretary of the Treasury, U.S. DEPARTMENT OF TREASURY; R. ALEXANDER ACOSTA, in his official capacity as Secretary of Labor; and UNITED STATES DEPARTMENT OF LABOR,<br><br>Defendants. | No. 2:17-cv-01510-RBL<br><br>NOTICE OF FILING PHYSICAL COPY OF ADMINISTRATIVE RECORD<br><br>(DVD FORMAT) |

The federal defendants hereby serve notice that a true and complete copy of the Defendants' Administrative Record is being filed with the Clerk's Office for the Western District of Washington. The Administrative Record consists of nine separate discs in DVD format. The physical materials will remain in the Clerk's custody until appropriate disposition pursuant to the Local Rules of the Western District of Washington.

NOTICE OF FILING PHYSICAL COPY OF ADMINISTRATIVE RECORD - 1
*State of Washington, et al. v. Trump, et al.*, No. 2:17-cv-01510 (RBL)

U.S. DEPARTMENT OF JUSTICE
20 Massachusetts Ave., NW
Washington, DC 20530
Tel: (202) 305-8902

DATED: December 11, 2017   Respectfully submitted,

CHAD A. READLER
Principal Deputy Assistant Attorney General

ETHAN P. DAVIS
Deputy Assistant Attorney General

JENNIFER D. RICKETTS
Director, Federal Programs Branch

JOEL McELVAIN
Assistant Director, Federal Programs Branch

*/s/ Elizabeth L. Kade*
ELIZABETH L. KADE
(D.C. Bar No. 1009679)
Trial Counsel
U.S. Dep't of Justice, Civil Div.
Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C.  20530
(202) 616-8491
Elizabeth.L.Kade@usdoj.gov

*Attorneys for Defendants*

DEFENDANTS' UNOPPOSED MOTION TO FILE OVER-LENGTH BRIEF - 2
*State of Washington, et al. v. Trump, et al.*, No. 2:17-cv-01510 (RBL)

**U.S. DEPARTMENT OF JUSTICE**
**20 Massachusetts Ave., NW**
**Washington, DC 20530**
**Tel: (202) 305-8902**

# CERTIFICATE OF SERVICE

I hereby certify that, on December 11, 2017, a copy of the forgoing document was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

I further certify that on December 11, 2017, I served a DVD copy of the Administrative Record via Federal Express to the following:

>Jeffrey Todd Sprung
>Alicia O. Young
>Washington Attorney General's Office
>800 5th Ave, Ste 2000
>Seattle, WA  98104-3188

DATED this 11th day of December 2017.

>*/s/ Elizabeth L. Kade*
>ELIZABETH L. KADE

DEFENDANTS' UNOPPOSED MOTION TO FILE OVER-LENGTH BRIEF - 1
*State of Washington, et al. v. Trump, et al.*, No. 2:17-cv-01510 (RBL)

**U.S. DEPARTMENT OF JUSTICE**
20 Massachusetts Ave., NW
Washington, DC 20530
Tel: (202) 305-8902