The Honorable Ronald B. Leighton

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>          Plaintiff,<br><br>     v.<br><br>DONALD TRUMP, et al.,<br><br>          Defendants. | NO. 2:17-cv-01510 RBL<br><br>PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO CONTINUE THE DEADLINE FOR RESPONDING TO DEFENDANTS' MOTION TO DISMISS OR MOTION FOR SUMMARY JUDGMENT<br><br>NOTED FOR: DECEMBER 22, 2017 |

In light of two nationwide preliminary injunctions entered on December 15, and 21, 2017, which enjoin enforcement of the Interim Final Rules at issue in this lawsuit, *see* Dkt. 33 and Dkt. 40-3, the State of Washington has withdrawn its pending third-party discovery requests and has sought a stay of these proceedings. Dkt. 34; Dkt. 36; Dkt. 39.[1]

Moreover, the Federal Government has confirmed that its standing challenge is raised only as a Rule 12 Motion to Dismiss, not a Rule 56 Motion, and is therefore confined to the four corners of the Complaint. Dkt. 13 at 2, 7-8; Dkt. 32 at 2.

Accordingly, the State withdraws its request to continue the deadline to respond to the

---

[1] Prior to filing its Motion to Stay, Washington raised the proposal with the Federal Government's attorney to attempt to obtain agreement. However, the Federal Government's attorney was unable to say whether her clients would oppose the stay at time of filing, so the State is not able to withdraw the pending motion to continue.

PLAINTIFF'S REPLY IN SUPPORT OF
MOTION TO CONTINUE
NO. 2:17-cv-01510 RBL

1

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue. Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

1  Federal Government's Motion to Dismiss or for Summary Judgment pending completion of
2  jurisdictional discovery. Instead, if the Court does not stay these proceedings pending appellate
3  review of the above-referenced injunctions, the State asks only for a ten-day extension to its
4  deadline to respond to Plaintiff's Motion to Dismiss or for Summary Judgment until January 12,
5  2018. *See* Dkt. 27 at 11-12.

The Federal Government opposes Washington's request to extend its deadline to respond until January 12, 2018, but states that it would not oppose an extension to January 8, 2018. Dkt. 37. However, it offers no reaction to the State's reasons for requesting a modest ten-day extension, nor does it explain how an additional four days for the State to respond would prejudice its case. *Id*.

As set forth in its Motion, Washington's request is premised on several factors, including the lengthy administrative record filed on the same day as the Federal Government's motion, the length of the Federal Government's motion, and the holiday season occurring during the time the State has to respond. Dkt. 27 at 11-12.

//
//
//
//
//
//
//
//
//

PLAINTIFF'S REPLY IN SUPPORT OF
MOTION TO CONTINUE
NO. 2:17-cv-01510 RBL

2

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue. Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

For these reasons, and the reasons set forth in the State's Motion to Continue Deadline (Dkt. 27), Washington respectfully requests that the Court extend its deadline for response to January 12, 2018 (if it does not stay the proceedings). A revised proposed order accompanies this Reply.

DATED this 22nd day of December, 2017.

ROBERT W. FERGUSON
Attorney General

*/s/ Jeffrey T. Sprung*
JEFFREY T. SPRUNG, WSBA #23607
ALICIA O. YOUNG, WSBA #35553
CYNTHIA L. ALEXANDER, WSBA #46019
AUDREY L. UDASHEN, WSBA #42868
Assistant Attorneys General
*Attorneys for Plaintiffs*

PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO CONTINUE
NO. 2:17-cv-01510 RBL

3

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue. Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

## DECLARATION OF SERVICE

I hereby certify that on December 22, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Elizabeth L. Kade
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, DC  20530
Elizabeth.L.Kade@usdoj.gov
*Attorney for Defendants*

DATED this 22nd day of December, 2017, at Tumwater, Washington.

*/s/ Jeffrey T. Sprung*
JEFFREY T. SPRUNG
Assistant Attorney General

PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO CONTINUE
NO. 2:17-cv-01510 RBL

4

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue. Suite 2000
Seattle, WA  98104-3188
(206) 464-7744