The Honorable Ronald B. Leighton

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>DONALD TRUMP, in his official capacity as President of the United States of America; ERIC D. HARGAN, in his official capacity as Acting Secretary of Health and Human Services; U.S DEPARTMENT OF HEALTH AND HUMAN SERVICES; STEVEN T. MNUCHIN, in his official capacity as Secretary of the Treasury, U.S. DEPARTMENT OF TREASURY; R. ALEXANDER ACOSTA, in his official capacity as Secretary of Labor; and UNITED STATES DEPARTMENT OF LABOR,<br><br>Defendants. | No. 2:17-cv-01510-RBL<br><br>**DEFENDANTS' NOTICE TO WITHDRAW PENDING MOTION** |

DEFENDANTS' NOTICE TO WITHDRAW PENDING MOTION- i
*State of Washington, et al. v. Trump, et al.*, No. 2:17-cv-01510 (RBL)

U.S. DEPARTMENT OF JUSTICE
20 Massachusetts Ave., NW
Washington, DC 20530
Tel: (202) 305-8902

Pursuant to LCR 7(l), defendants hereby withdraw their pending motion to dismiss or for summary judgment (ECF No. 15). On January 2, 2018, plaintiff filed a First Amended Complaint (ECF No. 45). As defendants' forthcoming response to plaintiff's First Amended Complaint, defendants intend to file a motion to dismiss for lack of jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1) or for summary judgment. This motion will supplant defendants' motion to dismiss plaintiff's original Complaint in its entirety.

DATED: January 4, 2018                Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

ETHAN P. DAVIS
Deputy Assistant Attorney General

JENNIFER D. RICKETTS
Director, Federal Programs Branch

JOEL McELVAIN
Assistant Director, Federal Programs Branch

*/s/ Elizabeth L. Kade*
ELIZABETH L. KADE
(D.C. Bar No. 1009679)
Trial Counsel
U.S. Dep't of Justice, Civil Div.
Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
(202) 616-8491
Elizabeth.L.Kade@usdoj.gov

*Attorneys for Defendants*

DEFENDANTS' NOTICE TO WITHDRAW PENDING MOTION - 1
*State of Washington, et al. v. Trump, et al.*, No. 2:17-cv-01510 (RBL)

U.S. DEPARTMENT OF JUSTICE
20 Massachusetts Ave., NW
Washington, DC 20530
Tel: (202) 305-8902