The Honorable Ronald B. Leighton

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

STATE OF WASHINGTON,

              Plaintiff,

    v.

DONALD TRUMP, et al.,

              Defendants.

NO. 2:17-cv-01510 RBL

ORDER GRANTING PLAINTIFF'S
MOTION TO STAY PROCEEDINGS
PENDING RESOLUTION OF APPEALS
IN *CALIFORNIA V. HARGAN* AND
*PENNSYLVANIA V. TRUMP*

      This matter came before the Court on Plaintiff's Motion to Stay Proceedings Pending Resolution of Appeals of *California, et. al. v. Hargan, et al.*, and *Pennsylvania v. Trump, et al.* The Court considered the Motion and all filings of record in support of and opposition to the Motion.

      Being fully advised in this matter, the Court hereby rules as follows:

      These proceedings, including all pending and forthcoming deadlines, are hereby stayed as long as either the December 21, 2017 injunction in *California, et. al. v. Hargan, et al.*, or the December 15, 2017 injunction in *Pennsylvania v. Trump, et al.*, remain in full force and effect, or until further order of this Court. Should circumstances change such that lifting the stay is warranted, any party may move to lift the stay. In addition, the parties are instructed to submit a

ORDER GRANTING PLAINTIFF'S
MOTION TO STAY DISTRICT COURT
PROCEEDINGS PENDING
RESOLUTION OF APPEALS
NO. 2:17-cv-01510 RBL

1

1    joint status report to the Court within 30 days of the final appellate ruling by the Courts of Appeals

2    with respect to any appeals of the injunctions listed above. Because this action is now stayed, the

3    Clerk is directed to remove the pending motion (Dkt. #49) from the Court's calendar. After the stay

4    is lifted, the United States may re-note its motion for the Court's consideration if appropriate at that

5    time.

6

7            It is SO ORDERED.

8            DATED this 19th day of January, 2018.

9

10                                                    Ronald B. Leighton

11                                                    _____

12                                                    Ronald B. Leighton
                                                      United States District Judge
13

14    ROBERT W. FERGUSON
      Attorney General
15

16    /s/ Jeffrey T. Sprung
      _____
17    JEFFREY T. SPRUNG, WSBA #23607
      ALICIA O. YOUNG, WSBA #35553
18    CYNTHIA L. ALEXANDER, WSBA #46019
      AUDREY L. UDASHEN, WSBA #42868
19    Assistant Attorneys General
      Attorneys for Plaintiff
20

21

22

23

24

25

26

ORDER GRANTING PLAINTIFF'S                    2                    ATTORNEY GENERAL OF WASHINGTON
MOTION TO STAY DISTRICT COURT                                            800 Fifth Avenue. Suite 2000
PROCEEDINGS PENDING                                                       Seattle, WA  98104-3188
RESOLUTION OF APPEALS                                                         (206) 464-7744
NO. 2:17-cv-01510 RBL