The Honorable Ronald B. Leighton

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>DONALD TRUMP, in his official capacity as President of the United States; ERIC D. HARGAN, in his official capacity as Acting Secretary of the United States Department of Health and Human Services; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; STEVEN T. MNUCHIN, in his official capacity as Secretary of the Department of Treasury; U.S. DEPARTMENT OF TREASURY; R. ALEXANDER ACOSTA, in his official capacity as United States Secretary of Labor; and UNITED STATES DEPARTMENT OF LABOR,<br><br>Defendants. | No.: 2:17-cv-01510 (RBL)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Defendants, without waiving objections to service, venue, or jurisdiction, enter their appearance by and through the attorney of record listed below:

MICHAEL J. GERARDI (D.C. Bar. No. 1017949)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530
Telephone: (202) 616-0680
Facsimile: (202) 616-8470

NOTICE OF APPEARANCE - 1

*State of Washington v. Trump, et al.*, No. 2:17-cv-01510 (RBL)

**U.S. DEPARTMENT OF JUSTICE**
20 Massachusetts Ave., NW
Washington, DC 20530
Tel: (202) 514-3259

1  E-mail: Michael.J.Gerardi@usdoj.gov

2  You are advised that service of all further pleadings, notices, documents, or other papers

3  herein, exclusive of original process, may be made upon said Defendants by serving the

4  undersigned attorney at the address stated above.

5  DATED this 19th day of January, 2018.

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

ETHAN P. DAVIS
Deputy Assistant Attorney General

JENNIFER D. RICKETTS
Director, Federal Programs Branch

JOEL McELVAIN
Assistant Director, Federal Programs Branch

*/s/ Michael J. Gerardi*
MICHAEL J. GERARDI (D.C. Bar. No. 1017949)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530
Telephone: (202) 616-0680
Facsimile: (202) 616-8470
E-mail: Michael.J.Gerardi@usdoj.gov

*Attorneys for Defendants*

NOTICE OF APPEARANCE - 2
*State of Washington v. Trump, et al.*, No. 2:17-cv-01510 (RBL)

**U.S. DEPARTMENT OF JUSTICE**
20 Massachusetts Ave., NW
Washington, DC 20530
Tel: (202) 514-3259

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2018, a copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

DATED this 19th day of January, 2018

/s/ *Michael J. Gerardi*
MICHAEL J. GERARDI

NOTICE OF APPEARANCE - 3

*State of Washington v. Trump, et al.*, No. 2:17-cv-01510 (RBL)

**U.S. DEPARTMENT OF JUSTICE**
20 Massachusetts Ave., NW
Washington, DC 20530
Tel: (202) 514-3259